# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| UNITED STATES OF AMERICA | JUDGMENT (For a Petty Offense) |
|---|---|
| v. | Violation Number(s) 0790971, 0790973, 0790974, 0790975 |
| RICKY OSCEOLA, | USM NUMBER: 99348-004 |

Counsel For Defendant: George T. Pallas
Counsel For the United States: Norman Hemming
DAR: 10:08:17, 12:42:11

THE DEFENDANT:

The defendant pleaded Nolo Contendere.
The defendant is adjudicated guilty of these offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 36 CFR 4.2(b) FS 322.34(2) | OPERATING A MOTOR VEHICLE WHILE KNOWINGLY SUSPENDED | 313/12 | 0790971 |
| 36 CFR 2.35(b)(2) | POSSESSION OF CONTROLLED SUBSTANCE COCAINE | 3/13/12 | 0790973 |
| 36 CFR 4.23(c)(2) | REFUSAL TO SUBMIT TO TEST | 3/13/12 | 0790974 |
| 36 CFR 4.23(a)(1) | DUI IMPAIRED | 3/13/12 | 0790975 |

The defendant is sentenced as provided in the following pages of this judgment.
Violations 0790968, 0790969, 0790970, 0790972, P0348774 are dismissed upon the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Defendant's Year of Birth: 1978

Defendant's Mailing Address:
W SR 94 8650
Ochopee, FL 34141

Defendant's Residence Address:
SAME AS ABOVE

Date of Imposition of Judgment:
April 20, 2012

*Alicia O. Reyes* (signature)
ALICIA OTAZO-REYES
U.S. MAGISTRATE JUDGE
April 23, 2012

DEFENDANT: OSCEOLA, RICKY

## MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $0 | $3000 | $0 |

## TERM OF PROBATION

The defendant shall be placed on Probation for a term of one (1) year as to violation numbers 0790971, 0790973, 0790974, and 0790975, to run concurrently. Said term of Probation shall commence on Monday, April 23, 2012.

While on Probation, the defendant shall not commit any federal, state or local crimes, shall be prohibited from possessing a firearm or other dangerous devices, and shall not possess a controlled substance. In addition, he shall comply with the standard conditions of probation that have been adopted by this Court and the following special conditions:

The term of Probation shall be non-reporting.

The defendant shall participate in a drug/alcohol program administered by the Miccosukee Indian Tribe; said treatment shall be monitored by the United States Probation Office. The Defendant shall abide by all conditions of treatment. Participation may include inpatient treatment, if deemed necessary.

The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the United States Probation Officer.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary penalties are due as follows:

    A. Fine in the following amounts: 1) $750 for Violation 0790971
                                           2) $750 for Violation 0790973
                                           3) $750 for Violation 0790974
                                           4) $750 for Violation 0790975

    B. Payment is due within six (6) months.

**The fine is payable to the U.S. COURTS and is to be addressed to:**

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **400 N. MIAMI AVENUE, ROOM 8N09**
    **MIAMI, FLORIDA 33128-7716**

**The U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.